UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:15-00080-03 |
| VERSUS | * | JUDGE WALTER |
| KARL DEVON RECARD | * | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Karl Devon Recard, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Karl Devon Recard is finally adjudged guilty of the offense charged in Count One of the Superceding Indictment.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 26 day of January, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE